UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VALARIE HOLLIS, | Case No. ED CV 23-2031-DMG (kkx) |
|---|---|
| Plaintiff, | **Hon. Dolly M. Gee** |
| v. | |
| CVS PHARMACY, INC. , et al., | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE  [16]** |
| Defendant. | |

**ORDER**

Based upon the Parties' Joint Stipulation, it is hereby ORDERED that all of Plaintiff's claims in this action are dismissed, with prejudice. Each Party will bear their own attorneys' fees and costs.

DATED: May 28, 2024

*Dolly M. Gee*
Dolly M. Gee
Chief United States District Judge

Joint Stip for Dismissal - Prop Order [Hollis].docx